IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| vs. | Docket No. 05-cr-449 (FJS) |
| NORRIS TURNER, | |
| Defendant. | |

Upon the application of Edward Z. Menkin, Esq., counsel for the Defendant Norris Turner,

It is hereby ORDERED that Norris Turner be permitted to possess the CDROMs containing Government-provided electronic discovery while he is incarcerated and that the United States Marshal as well as the Onondaga County Correctional Facility at Jamesville or any other entity having custody of Norris Turner provide him with access to a computer at reasonable times to enable him to listen to this recorded evidence intended to be used against him.

It is further hereby ORDERED that Edward Z. Menkin, Esq., counsel to the Defendant, be permitted to meet with Mr. Turner in a reasonably private location to provide legal assistance to said Defendant and at such times that said attorney be permitted to have a laptop computer with him in order to facilitate the monitoring of the CDROMs containing Government-provided electronic discovery .

IT IS SO ORDERED

1/30/06

*Consistent with the OCCF's policies and practices regarding safety and security*

Frederick J. Scullin, Jr., Chief Judge NDNY

F:\WPDOCS\TURNER\Computer access request.wpd